1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR No. S-96-350 WBS |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) |
| JOHN THAT LUONG, et al., | ) |
| | ) |
| Defendants. | ) |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney; and defendant Mady Chan, Pro Se and with his standby counsel, Timothy Warriner, Esq.; defendant Huy Chi Luong, through his counsel John Balazs, Esq.; and defendant John That Luong, through his counsel, Richard Mazer, Esq., stipulate and agree to the following revised motion schedule:

   1. Government's response to defendants' motions to be filed on December 30, 2005;

   2. Defendants' reply, if any, to be filed by January 11, 2006; and

   3. Hearing on the motions January 25, 2006, at 10:00 a.m.

1

1  The government needs additional time to research and prepare
2  its responses to the defendants' motions.  During the last few
3  weeks, counsel for the government has had a pinched nerve in his
4  neck resulting in pain radiating to his left shoulder requiring time
5  on sick leave.  Furthermore, counsel for the government is currently
6  preparing for a three-four week jury trial in the matter of <u>United
7  States v. Slater, et al.</u>, CR-S-03-0371 MCE.  Accordingly, the
8  parties stipulate that time be excluded for the pendency of these
9  motions  pursuant to 18 U.S.C. §3161(h)(1)(F)- delay resulting from
10 any pretrial motion and 18 U.S.C. §3161(h)(8)(B)(ii) - additional
11 time needed to adequately prepare for pretrial proceedings.

12                              Respectfully submitted,

13                              McGREGOR W. SCOTT
                                United States Attorney
14

15
   DATED: November 16, 2005 By: /s/ William S. Wong
16                               WILLIAM S. WONG
                                 Assistant U.S. Attorney
17                               Attorneys for Plaintiff

18 DATED: November 16, 2005 By: /s/ Richard Mazer
                                 Richard Mazer, Esq., Attorney
19                               for Defendant John That Luong

20 DATED: November 15, 2005 By: /s/ John Balazs
                                 John Balazs, Esq., Attorney
21                               For Defendant Huy Chi Luong

22 DATED: November 15, 2005 By: /s/ Timothy Warriner
                                 Timothy Warriner, Esq., Standby
23                               Advisory Attorney for Defendant
                                 Mady Chan
24 ///
25 ///
26 ///
27 ///
28 ///

2

1  ///
2  ///
3  ///
4
5  _____

                                    **ORDER**
6
       **IT IS SO ORDERED.**
7

8
   DATED:  November 18, 2005
9

10                                  _____
11                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
12

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on November ____, 2005, she served a copy of the attached COURT **STIPULATION AND ORDER** by placing said copy in United States mail to the persons hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the outgoing United States mail box at 801 I Street, 10th Floor, Sacramento, California.

Addressee:

Mady Chan, X-2405573
Sacramento County Jail
651 I Street
Sacramento, CA 95814

                                                                                           _____
                                                                                           LORI WHITMER