UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>MADY CHAN, et al.,<br><br>   Defendants. | CASE NO. CR. 96-350 WBS<br><br><br>ORDER |

----oo0oo----

  Defendant Mady Chan, <u>pro se</u>, has filed a handwritten motion for reconsideration of this courts order denying defendants' motion to suppress wiretap evidence. The motion contains no valid or persuasive reason to reconsider the court's previous order. The motion is therefore DENIED.

DATED: February 24, 2006

                  WILLIAM B. SHUBB
                  UNITED STATES DISTRICT JUDGE

1