MCGREGOR W. SCOTT
United States Attorney
William S. Wong
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

**FILED**

SEP 25 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN RE United States     )   Case No. CR-S-96-350 WBS
       of America       )
                        )
         v.             )   ORDER FOR DISCLOSURE OR TAX
                        )   RETURNS AND RETURN INFORMATION
Huy Chi Luong, et al.   )
_____)

The Court having received and considered the Application of the United States for an Ex Parte Order, pursuant to Title 26, United States Code, Section 6103(i)(4), directing the Internal Revenue Service to disclose certain returns and return information in connection with the above-referenced trial, and good cause appearing, the Court FINDS:

1. There is reasonable cause to believe, based upon information believed to be reliable, that a specific criminal act or acts have been committed, namely Title 18, United States Code, Section 1956(h) (conspiracy as it relates to money laundering), Section 1956 (money laundering) and Title 18, United States Code, Section 1957 (money laundering).

1  2.   There is reasonable cause to believe that the returns
2  and return information is or may be relevant to a matter
3  relating to the commission of such act or acts.
4  3.   The returns and return information are sought
5  exclusively for use in a federal criminal proceeding
6  concerning such act or acts, and the information sought
7  to be disclosed cannot reasonably be obtained, under the
8  circumstances, from another source.
9  4.   Applicant, Assistant United States Attorney William
10 S. Wong and:
11 Charles Phillips, Special Agent, IRS-CI
12 Steve Jensen, Supervisory Special Agent, IRS-CI
13 Maria Camia, Tax Fraud Investigative Aide, IRS-CI
14 Tim Mathers, IRS-CI FDC Representative
15 Sadie Towler, Assistant Special Agent in Charge, IRS-CI
16 Roger L. Wirth, Special Agent in Charge, IRS-CI
17 Steve Dupre - Special Agent, FBI
18 Kevin Cippola - Special Agent, FBI
19 Rosemary Shaul - Legal Assistant US Attorney's Office
20 Lori Whitmer - Legal Secretary, US Attorney's Office
21 Jason Hitt - Assistant United States Attorney
22 Willaim S. Wong - Assistant United States Attorney
23 McGregor W. Scott - United States Attorney
24
25 are employees of the United States Department of Justice
26 and United States Department of Treasury and are
27 personally and directly engaged in, and the information
28

9

1  sought is solely for their use in, the prosecution of
2  violations of the above-mentioned criminal statutes.
3
4  IT IS, THEREFORE, ORDERED that the Internal Revenue
5  Service: (1) disclose such returns and return information
6  of:
7  Name:      Huy Chi Luong (hereinafter Jimmy Luong)
   Address:   ▓▓▓▓▓▓▓▓▓▓▓▓▓
8             Elk Grove, CA  95624
9  Social Security Number: ▓▓▓▓▓▓▓▓▓
   Taxable Period(s): FY1990, FY1991, FY1992, FY1993, FY1994
10 & FY1995
11 Name:      Hung Chi Luong (hereinafter Danny Hung Leung)
              Mindy Truong (Spouse)
12 Address:   ▓▓▓▓▓▓▓▓▓▓▓▓▓
13            Elk Grove, CA  95624-380095678
   Social Security Number: ▓▓▓▓▓▓▓▓▓
14 Taxable Period(s): FY1990, FY1991, FY1992, FY1993, FY1994
   & FY1995
15
16 Name:      Scott Hong
              Jeanette Hong (a.k.a. Jeanette Luong)(Spouse)
   Address:   ▓▓▓▓▓▓▓▓▓▓▓▓▓
17            Elk Grove, CA  95624-380095678
   Social Security Number: ▓▓▓▓▓▓▓▓▓
18 Taxable Period(s): FY1990, FY1991, FY1992, FY1993, FY1994
19 & FY1995
20 Name:      Kim P. Luong
              Phat Phung (Spouse)
21 Address:   ▓▓▓▓▓▓▓▓▓▓▓▓▓
              Elk Grove, CA  95624-380095678
22 Social Security Number: ▓▓▓▓▓▓▓▓▓
   Taxable Period(s): FY1990, FY1991, FY1992, FY1993, FY1994
23 & FY1995
24
25 as have been filed and are on file with the Internal
26 Revenue Service;
27
28

Case 2:96-cr-00350-WBS   Document 651   Filed 09/25/2006   Page 4 of 4

1. (2) certify where returns and return information
2. described above have not been filed or are not on file
3. with the Internal Revenue Service.
4.
5. IT IS FURTHER ORDERED that the Applicant, or any other
6. officers or employees of any federal agency, may use the
7. returns and return information disclosed at trial, and
8. that no disclosure be made to any other person except in
9. accordance with the provisions of Title 26, United States
10. Code, Section 6103(i)(4).
11.
12. DATED this 25th day of September, 2006.
13.
14. William B. Shubb
15. United States District Court Judge