1  Mady Chan
   x2405573     6W215
2  Sacramento County Jail
   651 "I" St.
3  Sacramento, CA 95814

4  In Pro Per

5

   Timothy E. Warriner, Esq. (SB#166128)
6  Attorney at Law
   1725 Capitol Ave.
7  Sacramento, CA 95814
   (916) 443-7141
8  FAX: (916) 448-5346

9  Stand-by Counsel for Defendant,
   MADY CHAN
10

11
                IN THE UNITED STATES DISTRICT COURT FOR THE
12
                       EASTERN DISTRICT OF CALIFORNIA
13

14  UNITED STATES OF AMERICA,          )    No. CR-S 96-350 WBS
                                       )
15           Plaintiff,                )    APPLICATION BY MADY
                                       )    CHAN TO CHANGE STATUS
16                                     )    OF COUNSEL; ~~PROPOSED~~
                                       )    ORDER
17                                     )
         v.                            )
18                                     )
    MADY CHAN, et al.,                 )
19                                     )
             Defendants.               )
20  _____)

21       Mr. Chan hereby requests that the court appoint Mr. Timothy E. Warriner as his counsel

22  of record in lieu of Mr. Warriner being his advisory counsel.

23  DATED: November 2, 2007                    /s/ Mady Chan, Defendant

24

25       I hereby request to be appointed as Mr. Chan's counsel of record in this matter.  Mr.

26  Chan has requested to me in writing that I serve as his actual attorney instead of his advisory

27  counsel only.

28  DATED: November 2, 2007                    /s/ Timothy E. Warriner, Attorney at Law

## ORDER

It is hereby ordered that Mr. Warriner be appointed as attorney of record for defendant Mady Chan.

DATED:  November 5, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE