UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MADY CHAN,

        Defendant.

CR. NO. S-96-350-05 WBS

ORDER

----oo0oo----

Defendant Mady Chan has filed a request for an order enjoining the United States Marshal and the "Mail Jail" to remove all "escape risk" references from his classification.  Chan has cited no valid authority nor any legitimate reason for granting the request.  The request is accordingly DENIED.

DATED:  December 7, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1