BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
JASON HITT
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:96-CR-00350-WBS |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| MADY CHAN, and JIMMY LEUNG, | |
| Defendants. | |

Based upon the entry of plea of Mady Chan and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and Jimmy Leung, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. Section 982(a)(1) and 21 U.S.C. Section 853(p), Jimmy Leung and defendant Mady Chan's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Real property located at 9061 New Classic Court, Elk Grove, California, APN: 116-1170-044-0000,

   b. Approximately $2,649.70 seized from Stockton Savings Bank, account number 4076048, and

   c. Approximately $40,146.64 seized from Prudential Securities, account number 099138-24.

2. The above-listed property was involved in or is traceable to violations of 18 U.S.C.

Sections 1956 and 1957 and/or constitutes substitute assets as defined in 21 U.S.C. Section 853(p)(2), and is subject to forfeiture pursuant to 21 U.S.C. Section 853(p)(1), as incorporated by 18 U.S.C. Section 982(b)(1).

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Internal Revenue Service – Criminal Investigation, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. Section 982(b)(1), incorporated by 21 U.S.C. Section 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. Section 982(a)(1) and 21 U.S.C. Section 853(p), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: March 24, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture