Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Mady Chan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MADY CHAN,<br><br>        Defendant | No. CRS 96-00350 WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING JUDGMENT AND SENTENCING HEARING |

A judgment and sentencing hearing is presently set on July 14, 2014. The parties hereby stipulate that the judgment and sentencing hearing be continued to July 21, 2014 at 9:30 a.m. in order to afford both counsel additional time to prepare and complete matters related to the proceeding.

DATED: July 8, 2014                    /s/ Timothy E. Warriner, Attorney for
                                        defendant, Mady Chan

DATED: July 8, 2014                    /s/ William Wong, Assistant U.S. Attorney
                                        for the government

## ORDER

GOOD CAUSE APPEARING, and based on the stipulation of the parties, it is hereby ordered that the judgment and sentencing hearing shall be continued to July 21, 2014 at 9:30 a.m., and that the previously scheduled hearing date be vacated.

Dated: July 9, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE