BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
JASON HITT
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MADY CHAN, et al.,<br><br>    Defendants. | 2:96-CR-00350-WBS<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on or about March 25, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(p), based upon the plea agreement entered into between the United States and defendant Mady Chan, and the Stipulation and Application for Preliminary Order of Forfeiture with Jimmy Leung forfeiting to the United States the following property:

    a.    Real property located at 9061 New Classic Court, Elk Grove, California, APN: 116-1170-044-0000[1],

    b.    Approximately $2,649.70 seized from Stockton Savings Bank, account number 4076048, and

    c.    Approximately $40,146.64 seized from Prudential Securities, account number 099138-24.

AND WHEREAS, beginning on April 3, 2014, for at least 30 consecutive days, the United States

---

[1] The legal description for this property is attached as Exhibit A hereto.

1

published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

a. Linda Chan: A notice letter was sent via certified mail to Linda Chan c/o Ronald James Peters, Law Offices of Ron Peters, at 50 Fullerton Court, Suite 207, Sacramento, California, 95825 on April 28, 2014. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed for on April 29, 2014.

b. Bao Qin Chen: A notice letter was sent via certified mail to Bao Qin Chen, c/o Peter Kmeto, Law Offices of Peter Kmeto, at 1007 7th Street, Suite 100, Sacramento, California, 95814 on April 28, 2014. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed for on or about April 29, 2014.

c. Lizhen Chen: A notice letter was sent via certified mail to Lizhen Chen, c/o Joseph J. Wiseman, Wiseman Law Group, PC, at 1477 Drew Avenue, Suite 106, Davis, California, 95618 on April 28, 2014. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed for on May 5, 2014.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(p), including all right, title, and interest of Mady Chan, Jimmy Leung, Linda Chan, Bao Qin Chen, and Lizhen Chen whose rights to the above-listed property are hereby extinguished. The above-listed property shall be disposed of according to law.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.   The Internal Revenue Service – Criminal Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated:  December 8, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Exhibit A**
(Real property at 9061 New Classic Court, Elk Grove, CA)

All that certain real property in the County of Sacramento, State of California, described as follows:

Lot 230, as shown on that certain map entitled "Plat of Parkside at Laguna Unit No. 3-A", filed in the office of the County Recorder of Sacramento County, California, on December 7, 1995 in Book 240 of Maps, at Page 8.

THIS DEED IS MADE AND ACCEPTED SUBJECT TO THE COVENANTS, CONDITIONS AND RESTRICTIONS AS SET FORTH IN THAT DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED DECEMBER 8, 1995, IN THE OFFICE OF THE SACRAMENTO COUNTY RECORDER, BOOK 9512-08, PAGE 1156, INCORPORATED HEREIN BY REFERENCE AS IF HERE FULLY SET FORTH.

APN: 116-1170-044-0000

Final Order of Forfeiture