1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11

12                              ----oo0oo----

13

14
     MADY CHAN,                         CIV. NO. 2:15-1367 WBS
15
                                        CR. NO. 2:96-350  WBS
16              Petitioner,
                                        ORDER
17         v.

18   UNITED STATES OF AMERICA,

19              Respondent.

20

21                              ----oo0oo----

22

23        On June 26, 2015, petitioner Mady Chan filed a motion

24   pursuant to 28 U.S.C. § 2255.  The United States shall file an

25   opposition to petitioner's motion no later than July 27, 2015.

26   Petitioner may then file a reply no later than August 10, 2015.

27   The court will then take the motion under submission and will

28   inform the parties if oral argument or further proceedings are

                                    1

1  necessary.

2      IT IS SO ORDERED.

3  Dated:   June 30, 2015

4  _____
   WILLIAM B. SHUBB

5  UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28