BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>    v.<br><br>MADY CHAN,<br><br>                   Defendant. | CASE NO. 2:96-CR-350 WBS/215-CV-01367WBS<br><br>ORDER FINDING A WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND REQUIRING DISCLOSURES FROM PRIOR COUNSEL |

Upon the United States' Motion and for the reasons set forth therein, the Court

1. **FINDS** that defendant Mady Chan's Section 2255 petition, filed June 26, 2015, has waived privilege over his prior communications, both written and oral, with his counsel, Timothy Warner, Esq., as it relates to defendant's Section 2255 petition claiming that he received ineffective representation of counsel regarding his right to speedy trial and whether the defendant knowingly and voluntarily waived his right to a speedy trial in order to obtain the benefit of dismissal of charges in the indictment against his parents, former wife, and for himself, by entering into a plea agreement in which he waived or gave up his right to a speedy trial;

2. **ORDERS** Timothy Warriner to transmit to counsel for the United States all documents related to the communications with the defendant as it relates to the issues raised by the defendant in his Section 2255 petition; and

3. **FURTHER ORDERS** Timothy Warriner to submit to such interviews as reasonably requested by United States concerning their response to the defendant's section 2255 petition claiming that the defendant received ineffective representation of counsel regarding his right to speedy trial and whether the defendant knowingly and voluntarily waived his right to a speedy trial in order to obtain the benefit of dismissal of the charges in the indictment against his parents, former wife, and for himself, by entering into a plea agreement in which he waived or gave up his right to a speedy trial.

**IT IS SO ORDERED**.

Dated:  November 5, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE