1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11

12  UNITED STATES OF AMERICA,        Nos.  2:96-cr-350 WBS

13              Plaintiff,                 2:15-cv-1367 WBS

14       v.

15  MADY CHAN,                       **ORDER GRANTING CERTIFICATE OF
                                     APPEALABILITY**

16              Defendant.

17

18

19                          ----oo0oo----

20          Defendant Mady Chan moves for a Certificate of

21  Appeability (Docket No. 1018), pursuant to 28 U.S.C. §

22  2253(c)(1), from this court's Order denying his motion to vacate,

23  set aside, or correct his sentence pursuant to 28 U.S.C. § 2255

24  (Docket No. 1002).  Good cause appearing, the court grants a

25  Certificate of Appealability on the issues of whether defendant

26  voluntarily waived his right to a speedy trial under the Speedy

27  Trial Act and whether his attorney rendered ineffective

28  assistance by counseling him to do so.

                                 1

1          IT IS SO ORDERED.

2 Dated:  March 29, 2016

3

4 WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE