Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
Mady Chan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MADY CHAN,<br><br>        Defendant. | Case No. 2:96-cr-00350-05 WBS<br><br>STIPULATION AND ORDER EXTENDING MOTION HEARING DATE |

      Mr. Chan's motion for return of property is scheduled to be heard on October 27, 2025. It is hereby stipulated by and between Jason Hitt, Assistant United States Attorney, for the government, and Timothy E. Warriner, for Mr. Chan, that the motion hearing be continued to December 15, 2025, at 10:00 a.m.

DATED: October 21, 2025        /s/ Timothy E. Warriner, Attorney for defendant, Mady Chan

DATED: October 21, 2025        /s/ Jason Hitt, Assistant United States Attorney, for the government

<u>ORDER</u>

1

Pursuant to the stipulation of the parties the hearing date for defendant's motion for return of property is continued to **December 15, 2025, at 10:00 a.m.**

Dated:  October 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE